# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duffey, Jr., William S. | Northern District of Georgia | 07/30/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court - Active | ☐ Nomination  Date <br> ☐ Initial  ☐ Annual  ☑ Final <br> **5b.** ☐ Amended Report | 01/01/2017 **to** 06/30/2018 |

**7. Chambers or Office Address**

1721 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair of the Board of Directors | Atlanta Track Club |
| 2. | Grant Committee Member | Atlanta Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffey, Jr., William S.** | 07/30/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017-18 | Simon & Schuster - royalties from copyrights |
| 2. | 2017-18 | Penguin Group (USA) Inc. - royalties from copyrights |
| 3. | 2017-18 | Macmillan Holding, LLC - royalties from copyrights |
| 4. | 2017-18 | Gerth Medien GmbH - royalties from copyrights |
| 5. | 2017-18 | Amazon.com - royalties from copyrights |
| 6. | 2017-18 | Self-employed writer |
| 7. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffey, Jr., William S.** | 07/30/2018 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffey, Jr., William S.** | 07/30/2018 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffey, Jr., William S.** | 07/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage Account #2 (H) | | | | | | | | | |
| 2. -Charles Schwab Deposit Accounts | A | Interest | J | T | | | | | |
| 3. -Schwab Value Advantage Money Market Fund | A | Dividend | K | T | Buy | 06/13/18 | K | | |
| 4. -Franklin Mutual Quest C | B | Dividend | K | T | Donated (part) | | | | |
| 5. | A | Distribution | | | | | | | |
| 6. -Invesco VK Amer Franchise C | | | | | Donated (part) | | | | |
| 7. | | | | | Donated | | | | |
| 8. -Vanguard Dividend Appreciation | C | Dividend | M | T | | | | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. -Federal National Mtg Assn Pool 357952 | A | Interest | J | T | | | | | |
| 11. | A | Distribution | | | | | | | |
| 12. -Charles Schwab Deposit Accounts | A | Interest | J | T | | | | | |
| 13. -Schwab Value Advantage Money Market Fund | A | Dividend | J | T | Buy | 03/31/17 | K | | |
| 14. | | | | | Sold | 06/14/17 | K | A | |
| 15. | | | | | Buy | 06/13/18 | J | | |
| 16. -Marathon Oil Corp | A | Interest | | | Redeemed | 08/14/17 | J | A | |
| 17. -Verizon Communications | A | Interest | | | Redeemed | 04/24/17 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Glaxosmithkline Cap Inc | A | Interest | | | Redeemed | 05/15/18 | J | A | |
| 19. -Mondelez International | A | Interest | J | T | | | | | |
| 20. -AT&T Inc | A | Interest | J | T | | | | | |
| 21. -Boeing Co | A | Interest | J | T | | | | | |
| 22. -Indiana Michigan Power | A | Interest | J | T | | | | | |
| 23. -Altria Group Inc | A | Interest | J | T | | | | | |
| 24. -Barrick North America Finance LLC | A | Interest | J | T | | | | | |
| 25. -Metlife Inc | A | Interest | J | T | | | | | |
| 26. -JPMorgan Total Return FD | B | Dividend | L | T | | | | | |
| 27. -DFA US Core Eqty 1 Port Instl | C | Dividend | M | T | | | | | |
| 28. | A | Distribution | | | | | | | |
| 29. -Vanguard Div Growth FD Investor | C | Dividend | M | T | | | | | |
| 30. | C | Distribution | | | | | | | |
| 31. -PIMCO Enhanced Shrt | B | Dividend | L | T | Buy | 06/16/17 | M | | |
| 32. | A | Distribution | | | Sold (part) | 08/03/17 | L | A | |
| 33. -PIMCO Flexible Credit | C | Dividend | L | T | Buy | 08/01/17 | L | | |
| 34. IRA #4 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffey, Jr., William S.** | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -AIP ABSLT RTNSTS |  | None |  |  | Sold (part) | 04/28/17 | M | E |  |
| 36. |  |  |  |  | Sold | 04/28/18 | J | B |  |
| 37.   -MS Bank Dep Program (X) |  |  |  |  | Open | 04/28/17 | M |  |  |
| 38. |  |  |  |  | Closed | 04/28/17 | M |  |  |
| 39. |  |  |  |  | Open | 04/28/18 | J |  |  |
| 40. |  |  |  |  | Closed | 04/28/18 | J |  |  |
| 41.   IRA #2 (H) |  |  |  |  |  |  |  |  |  |
| 42.   -AIP ABSLT RTNSTS |  | None |  |  | Sold (part) | 04/28/17 | M | E |  |
| 43. |  |  |  |  | Sold | 04/28/18 | J | B |  |
| 44.   -MS Bank Dep Program (X) |  |  |  |  | Open | 04/28/17 | M |  |  |
| 45. |  |  |  |  | Closed | 04/28/17 | M |  |  |
| 46. |  |  |  |  | Open | 04/28/18 | J |  |  |
| 47. |  |  |  |  | Closed | 04/28/18 | J |  |  |
| 48.   Roth IRA #1 (H) |  |  |  |  |  |  |  |  |  |
| 49.   -Ishares Core Dividend | A | Dividend | J | T | Buy | 03/21/17 | J |  |  |
| 50.   Roth IRA #2 (H) |  |  |  |  |  |  |  |  |  |
| 51.   -Ishares Core Dividend | A | Dividend | J | T | Buy | 03/21/17 | J |  |  |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffey, Jr., William S.** | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Brokerage Account #1 (H) | | | | | | | | | |
| 53. | -Charles Schwab Deposit Accounts | A | Interest | J | T | | | | | |
| 54. | -Schwab Value Advantage Money Market Funds | A | Dividend | M | T | Buy | 03/31/17 | K | | |
| 55. | | | | | | Buy (add'l) | 07/31/17 | K | | |
| 56. | | | | | | Buy (add'l) | 06/13/18 | K | | |
| 57. | | | | | | Sold (part) | 06/21/18 | J | A | |
| 58. | -Ishares Russel Midcap G In Fd | | None | | | Sold | 03/08/17 | J | A | |
| 59. | -Ishares Russel Midcap V In Fd | B | Dividend | L | T | | | | | |
| 60. | -Ishares S&P 500 GRWTH Index | A | Dividend | K | T | | | | | |
| 61. | -Ishares S&P 500 Value Index | B | Dividend | K | T | | | | | |
| 62. | -Tortise MLP & Pipeline Inst | A | Dividend | J | T | | | | | |
| 63. | Vanguard Total Stock Market | C | Dividend | M | T | | | | | |
| 64. | IRA #3 (H) | | | | | | | | | |
| 65. | -Charles Schwab Deposit Accounts | A | Interest | J | T | | | | | |
| 66. | -Schwab Value Advantage Money Market Fund | B | Dividend | L | T | Buy | 03/31/17 | L | | |
| 67. | | | | | | Buy (add'l) | 07/31/17 | K | | |
| 68. | | | | | | Buy (add'l) | 06/13/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  -Ishares Russell Midcap V In FD | B | Dividend | L | T | Sold<br>(part) | 06/13/18 | K | D | |
| 70.  -Ishares S&P 500 GRWTH Index | B | Dividend | M | T | | | | | |
| 71.  -Renasant Corp | B | Dividend | M | T | | | | | |
| 72.  -Baird Aggregate Bond | B | Dividend | L | T | | | | | |
| 73.  -Doubleline Total Return Bond | D | Dividend | M | T | | | | | |
| 74.  -Pimco Income Inst Cl | D | Dividend | L | T | | | | | |
| 75.  -First Eagle Overseas Fund Cl I | C | Dividend | M | T | Sold<br>(part) | 06/13/18 | K | A | |
| 76. | B | Distribution | | | | | | | |
| 77.  -Matthews Asia Dividend Fund | C | Dividend | L | T | | | | | |
| 78. | B | Distribution | | | | | | | |
| 79.  -Tweedy Browne Global Value Fund | A | Dividend | L | T | | | | | |
| 80. | A | Distribution | | | | | | | |
| 81.  -Vanguard Div Growth Fd Investor | B | Dividend | L | T | Sold<br>(part) | 03/08/17 | K | A | |
| 82. | C | Distribution | | | | | | | |
| 83.  -Vanguard Total | A | Dividend | K | T | Buy | 06/13/18 | K | | |
| 84.  -Vanguard Energy Fund | | None | L | T | Buy | 04/12/18 | L | | |
| 85.  -Boston Partners Long Short Eq | A | Distribution | L | T | Buy<br>(add'l) | 03/08/17 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -FPA Crescent Fund Inst Cl | B | Dividend | M | T | Buy (add'l) | 03/08/17 | K | | |
| 87. | | C | Distribution | | | Buy (add'l) | 07/10/17 | K | | |
| 88. | -UBS E TRACS Alerian MLP | D | Dividend | | | Sold | 04/12/18 | L | | |
| 89. | -Vanguard Dividend Appreciation | B | Dividend | M | T | Sold (part) | 03/13/17 | K | A | |
| 90. | -Oakmark Intl Fd Inv | B | Dividend | | | Buy | 07/07/17 | L | | |
| 91. | | | | | | Sold | 03/14/18 | L | D | |
| 92. | -Oakmark Intl Fd Inst | | None | L | T | Buy | 03/15/18 | L | | |
| 93. | -Virtus SEIX US Gov Sec Ultra Short Bd I | A | Dividend | K | T | Buy | 03/22/17 | K | | |
| 94. | IRA #5 (H) | | | | | | | | | |
| 95. | -John Hancock Invmt Grd BD I | A | Dividend | | | Sold | 03/10/17 | L | | |
| 96. | -MS Bank Deposit Program | | None | | | Open | 03/10/17 | L | | |
| 97. | | | | | | Closed | 03/17/17 | L | | |
| 98. | IRA #6 (H)(X) | | | | | | | | | |
| 99. | -Fulcrum Growth Fund III, LLC **** | A | Int./Div. | K | U | | | | | |
| 100. | NW Mutual Estate CompLife | | None | M | T | | | | | |
| 101. | John Hancock Life Insurance | | None | L | T | | | | | |
| 102. | C & B Capital II, L.P. * | D | Distribution | K | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  CB Liquidating ** | A | Distribution | J | U | | | | | |
| 104.  C & B Capital III, L.P. *** | | None | J | U | | | | | |
| 105.  Betsy Byars, Inc. | D | Royalty | J | W | | | | | |
| 106. | D | Distribution | | | | | | | |
| 107.  Peachtree Ridge Partners, LLC (Peachtree Corners, Georgia) | D | Rent | K | U | Buy | 01/13/17 | K | | |
| 108. | D | Distribution | | | | | | | |
| 109.  Gold coins | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 12 of 13

**Name of Person Reporting**

**Duffey, Jr., William S.**

**Date of Report**

07/30/2018

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

*Ownership interest percentage is 0.754760%. During the reporting period, C&B Capital II, L.P. held interests in the following companies:
 - Brand Group Holdings, Inc.
 - Cartera Commerce, Inc.
 - Controlscan, Inc
 - Navitas Lease Finance Corp.
 - REACH Health, Inc.
 - CB Network Holdings, Inc. d/b/a cbanc Network
 - Computex Technology Solutions, Inc.
 - SAJ Shift Corp (Name changed to Snag Holdings, Inc. in 2018)
 - InTouch Technologies, Inc. (Acquired REACH Health)


**Ownership interest percentage is 0.261180%. During the reporting period, C&B Liquidating, LLC. held interests in the following companies:
 - Liaison Technologies, Inc.
 - Focus Receivables, Inc.

***Ownership interest percentage is 0.492983%. During the reporting period, C&B Capital III, L.P. held interests in the following companies:
 - Brand Group Holdings, Inc.
 - Confirmation Capital, LLC
 - Gro Solutions, Inc.
 - DefenceStorm, Inc.
 - Secretariat International, Inc.

****Ownership interest percentage is 1.2358393%. During the reporting period, Fulcrum Growth Fund III, LLC held interests in the following companies:
 -Advantum Health
 -CarePlus
 -Dropoff
 -Synthio
 -Fattmerchant
 -Liberation Way
 -SaaSOptics

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 07/30/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William S. Duffey, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544